Robert C. Holtzapple (State Bar No. 145954)
rholtzapple@fbm.com
Christopher C. Wheeler (State Bar No. 224872)
cwheeler@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
Quotient Technology Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QUOTIENT TECHNOLOGY INC., <br><br> Plaintiff, <br><br> vs. <br><br> QUOTIENT INC., <br><br> Defendant. | Case No. <br><br> **COMPLAINT FOR DECLARATORY RELIEF** <br><br> **JURY TRIAL DEMANDED** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

COMPLAINT FOR DECLARATORY RELIEF
JURY TRIAL DEMANDED / Case No.

32576\5178926.2

Plaintiff QUOTIENT TECHNOLOGY INC. ("Quotient Technology"), for its Complaint against Defendant QUOTIENT INC. ("QI"), alleges as follows:

## NATURE OF ACTION

1. This is an action for declaratory relief under authority of 28 U.S.C. §2201. Plaintiff Quotient Technology seeks a declaration that Plaintiff's use of the mark QUOTIENT does not infringe any right held by QI.

## PARTIES

2. Plaintiff Quotient Technology is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Mountain View, California. Quotient Technology is a leading digital promotion and media platform that connects brands, retailers and consumers. Quotient Technology is in the business of distributing digital coupons and media through a variety of products, including digital printable and paperless coupons. Quotient Technology also operates Retailer iQ, a mobile-first, real-time digital coupon platform that connects into a retailer's point-of-sale system and provides targeting and analytics for manufacturers and retailers. Quotient Technology's clients include consumer packaged goods companies and retailers.

3. On information and belief, Defendant QI is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Columbia, Maryland. On information and belief, Defendant QI is in the business of providing information technology solutions to public sector organizations such as federal agencies; on information and belief Defendant QI does not market or sell any goods or services to any consumer packaged goods companies.

## JURISDICTION AND VENUE

4. This Court has federal question jurisdiction over the subject of this action pursuant to 15 U.S.C. §1121(a) and 28 U.S.C. §§1331, 1338, involving allegations of violations of the Lanham Act, and jurisdiction over actions for declaratory judgment under 28 U.S.C. §2201, et. seq., and jurisdiction over any State law claims under 28 U.S.C. § 1367. Acts giving rise to

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

COMPLAINT FOR DECLARATORY RELIEF
JURY TRIAL DEMANDED / Case No.
- 2 -
32576\5178926.2

1   the claims asserted herein have been expressly aimed at, have occurred in, and will continue to
2   occur in California and this District.
3       5.      This Court has personal jurisdiction over Defendant QI, because QI has
4   purposefully availed itself of the benefits of this forum by, among other things, directing a letter
5   to Quotient Technology in California asserting that Quotient Technology's use of the mark
6   QUOTIENT in, among other places California and on the internet, has somehow infringed rights
7   held by QI or has otherwise made or established contacts within this state sufficient to permit the
8   exercise of personal jurisdiction.
9       6.      Venue properly lies within this District pursuant to 28 U.S.C. §1391(b) and (c) and
10  in this Court because Plaintiff's principal place of business is located in Santa Clara County.

**INTRADISTRICT ASSIGNMENT**

12      7.      This action is an intellectual property action within the meaning of Local Rule 3-
13  2(c) and therefore is not subject to intradistrict venue provisions.

**FACTS**

15      8.      Quotient Technology provides promotion assistance to producers of consumer
16  product goods. Quotient Technology also owns and operates a consumer website, Coupons.com,
17  where shoppers can peruse a collection of different promotional offers.
18      9.      Quotient Technology filed U.S. Trademark Application No. 86802489 for the
19  mark QUOTIENT on October 28, 2014. In that Application, Quotient Technology described its
20  services as including "computer software for use in assisting others in providing discounts or
21  other promotions and obtaining tracking details thereof," "promoting the goods and services of
22  others by means of providing coupons, digital offers, catalogs and online flyers," and "software as
23  a service (SAAS) services featuring software for use in management and delivery of coupons and
24  digital offers of others." This Application is still pending before the US Patent and Trademark
25  Office.
26      10.     In a letter dated November 25, 2015, Defendant QI asserted that Quotient
27  Technology's use of the mark QUOTIENT as described in Quotient Technology's pending
28  Trademark Application would somehow infringe QI's purported rights to the use of the term

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

COMPLAINT FOR DECLARATORY RELIEF
JURY TRIAL DEMANDED / Case No.                - 3 -                                    32576\5178926.2

1  QUOTIENT on QI's goods and services. In that letter, QI demanded that Quotient Technology
2  cease using the mark QUOTIENT "across all channels," abandon its pending Trademark
3  Application and either transfer to QI or abandon Quotient Technology's www.quotient.com
4  domain name.

5      11.  With the November 25, 2015 letter, QI enclosed its own pending Trademark
6  Applications for the mark QUOTIENT. QI's description of the goods and services it purports to
7  offer under the QUOTIENT mark, however, have no relationship with the goods and services
8  offered by Quotient Technologies. According to its Trademark Applications, QI purports to use
9  the mark QUOTIENT for "provision of information technology services and information
10 technology management consulting services to Federal government agencies and commercial
11 enterprises; provision of information technology project management services to Federal
12 government agencies and commercial enterprises; provision of web and enterprise content
13 management, web site design, network and systems engineering and cybersecurity services to
14 Federal government agencies and commercial enterprises."

## FIRST CAUSE OF ACTION
### (Declaratory Judgment of Non-Infringing Use)

17    12.  Quotient Technology incorporates by reference Paragraphs 1 through 11, as if
18 fully set forth herein.

19    13.  An actual and justifiable controversy exists between the parties with respect to
20 Quotient Technology's right to use the term QUOTIENT on the goods and services described in
21 Quotient Technology's pending Trademark Application.

22    14.  QI asserts that Quotient Technology's use of the term QUOTIENT infringes QI's
23 purported rights in its alleged use of the mark QUOTIENT on the goods and services described in
24 QI's pending Trademark Applications.

25    15.  Quotient Technology asserts that there is no likelihood of confusion between QI's
26 use of the mark QUOTIENT on the goods and services described in Quotient Technology's
27 pending Trademark Application and QI's purported use of the QUOTIENT mark, and that
28 Quotient Technology's use of the term QUOTIENT does not infringe any right held by QI.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

COMPLAINT FOR DECLARATORY RELIEF
JURY TRIAL DEMANDED / Case No.                - 4 -                                32576\5178926.2

16. Quotient Technology seeks declaratory judgment pursuant to 28 U.S.C. § 2201 and Rule 57 of the Federal Rules of Civil Procedure confirming Quotient Technology's rights to continue to use the mark QUOTIENT in connection with its business.

## PRAYER

WHEREFORE, Plaintiff prays for judgment as follows:

1. A declaration that Quotient Technology's use of the mark QUOTIENT does not infringe any trademark rights, or other rights, of Defendant QI.

2. Awarding Plaintiff its costs; and

3. Any such other and further relief as the Court deems appropriate.

Dated: December 8, 2015

FARELLA BRAUN + MARTEL LLP

By: /s/ Robert C. Holtzapple
Robert C. Holtzapple

Attorneys for Plaintiff
QUOTIENT TECHNOLOGY, INC.

## JURY TRIAL DEMANDED

Pursuant to Rule 38(a) of the Federal Rules of Civil Procedure, Plaintiff demands trial by jury of all issues properly triable of right by a jury.

Dated: December 8, 2015

FARELLA BRAUN + MARTEL LLP

By: /s/ Robert C. Holtzapple
Robert C. Holtzapple

Attorneys for Plaintiff
QUOTIENT TECHNOLOGY INC.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

COMPLAINT FOR DECLARATORY RELIEF
JURY TRIAL DEMANDED / Case No.

- 5 -

32576\5178926.2